# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

THE UNITED STATES OF AMERICA

vs

AADITYA CHAND

CR-24 00491 EJD SVK

**FILED**
SEP 05 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

## INDICTMENT

**COUNT ONE:** 18 U.S.C. § 875(c) – Interstate Communications with a Threat to Injure

**COUNT TWO:** 18 U.S.C. § 875(c) – Interstate Communications with a Threat to Injure

*A true bill.*

_____
Foreperson

Filed in open court this _____ day of_____A.D. 202__

_____
United States Magistrate Judge

Bail. $ _____

— No Process —

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

**FILED**

SEP 05 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> AADITYA CHAND, <br> Defendant. | CASE NO. CR-24 00491 EJD SVK <br><br> VIOLATIONS: <br> 18 U.S.C. 875(c) – Interstate Communications with a Threat to Injure |

INDICTMENT

The Grand Jury charges:

COUNT ONE:    (18 U.S.C. § 875(c) – Interstate Communications with a Threat to Injure)

On or about February 15, 2024, in the Northern District of California and elsewhere, the defendant,

AADITYA CHAND,

did knowingly and willfully transmit in interstate commerce a communication which contained a threat to injure the person of another, that is, VICTIM 1, a Member of the United States House of Representatives; to wit:  CHAND sent to VICTIM 1 via social media the communications "I'm gonna shoot up ur office tomorrow u Palestinian scum" and "Get ready," all in violation of Title 18, United States Code, Section 875(c).

INDICTMENT

COUNT TWO:        (18 U.S.C. § 875(c) – Interstate Communications with a Threat to Injure)

On or about February 15, 2024, in the Northern District of California and elsewhere, the defendant,

**AADITYA CHAND,**

did knowingly and willfully transmit in interstate commerce a communication which contained a threat to injure the person of another, that is, VICTIM 2, a Member of the Florida House of Representatives; to wit: CHAND sent to VICTIM 2 via social media the communication "I'm gonna bring a gun to ur office tomorrow and shoot u and ur staff," all in violation of Title 18, United States Code, Section 875(c).

DATED: 9/5/24

A TRUE BILL.

_____
FOREPERSON

ISMAIL J. RAMSEY
United States Attorney

_____
JOHNNY E. JAMES JR.
Special Assistant United States Attorney

INDICTMENT                          2