**FILED**
SEP 05 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

CR-24 00491   EJD   SVK

| | |
|---|---|
| **CASE NAME:** USA v. AADITYA CHAND | **CASE NUMBER:** CR |
| **Is This Case Under Seal?** | Yes ☐  No ✓ |
| **Total Number of Defendants:** | 1 ✓   2-7 ☐   8 or more ☐ |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes ☐  No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF ☐   OAK ☐   SJ ✓ |
| **Is this a potential high-cost case?** | Yes ☐  No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes ☐  No ✓ |
| **Is this a RICO Act gang case?** | Yes ☐  No ✓ |

**Assigned AUSA (Lead Attorney):** JOHNNY E. JAMES, JR

**Date Submitted:** September 5, 2024

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM    SAVE PDF