1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  JOHNNY E. JAMES JR. (SCBN 101260)
   Special Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5054
7     FAX: (408) 535-5081
      johnny.james@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 5:24-CR-00491 EJD |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO EXCLUDE TIME FROM NOVEMBER 25, 2024, TO FEBRUARY 10, 2025, AND [PROPOSED] ORDER |
| v. | ) | |
| AADITYA CHAND, | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Aaditya Chand, that time be excluded under the Speedy Trial Act from November 25, 2024, through February 10, 2025.

At the status conference held on November 25, 2024, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, with a particularized focus on efforts in mitigation including but not limited to the submission of an apology letter to victims and treatment of Defendant by specialists.  For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until February 10, 2025, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 5:24-CR-00491-EJD                                                            v. 7/10/2018

the time from November 25, 2024, through February 10, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Special Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: November 29, 2024                /s/
                                        JOHNNY E. JAMES JR.
                                        Special Assistant United States Attorney

DATED: November 29, 2024                /s/
                                        DAVID R. CALLAWAY
                                        Counsel for Defendant Chand

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on November 25, 2024 and for good cause shown, the Court finds that failing to exclude the time from November 25, 2024, through February 10, 2025, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 25, 2024, to February 10, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 25, 2024, through February 10, 2025, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: December 26, 2024                _____
                                        EDWARD J. DAVILA
                                        United States District Judge