**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRCT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AADITYA CHAND,<br><br>Defendant. | Case No.: 24-CR-00491 EJD<br><br>**[PROPOSED] ORDER AUTHORIZING TEMPORARY RELEASE OF PASSPORT** |

Based upon the unopposed application by Defendant Aaditya Chand for temporary release of his passport, as described in the Application and Declaration submitted by his attorney, David R. Callaway, on February 14, 2025 ("the Request"), and good cause otherwise appearing therefor,

IT IS HEREBY ORDERED that Defendant's custodian, Jaya Chand, shall be permitted to retrieve his passport from the Office of Pretrial Services forthwith and to retain it in her custody during the period in which Defendant is applying for a work permit in the United Kingdom, except that Jaya Chand shall be permitted to surrender the passport, as necessary, to the Consulate, Embassy, or other legal office handling applications for the United Kingdom, and receive that passport when it is returned by such agency.

1  IT IS FURTHER ORDERED that Defendant's custodian, Jaya Chand, shall return
2  Defendant's passport to the Office of Pretrial Services in San Jose within two business days
3  following its return, and that, except for any period during which the passport is in the possession of
4  an agency of the United Kingdom, Jaya Chand shall retain it in her exclusive possession.
5  IT IS FURTHER ORDERED that Defendant may present his passport to the CFA Institute
6  testing proctors on Friday, February 21, 2025, with such passport to be returned to his custodian,
7  Jaya Chand, as soon as practicable thereafter, and by no later than 3:00 p.m. on that date."
8  IT IS SO ORDERED.

DATED: _____

NATHANAEL COUSINS
United States Magistrate Judge