CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JOHNNY E. JAMES JR. (SCBN 101260)
Special Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5081
    johnny.james@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 5:24-CR-00491-EJD |
| Plaintiff, | STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME FROM JULY 7, 2025, TO JULY 28, 2025, AND [PROPOSED] ORDER |
| v. | |
| AADITYA CHAND, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Aaditya Chand, that time be excluded under the Speedy Trial Act from July 7, 2025, through July 28, 2025.

At the status conference held on May 19, 2025, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. Additionally, the parties report to the Court that they have requested Pretrial Services conduct an assessment of this matter, that Pretrial Services will need time to complete that assessment, and that the parties will need time to confer and review that assessment. For this reason and as further stated on the record at the previous status conference, the parties stipulate and agree that continuing the status hearing scheduled for July 7, 2025,

1  to, and excluding time until July 28, 2025, will allow for the effective preparation of counsel. *See* 18

2  U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by

3  excluding the time from July 7, 2025, through July 28, 2025, from computation under the Speedy Trial

4  Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §

5  3161(h)(7)(A), (B)(iv).

6        The undersigned Special Assistant United States Attorney certifies that he has obtained approval

7  from counsel for the defendant to file this stipulation and proposed order.

8

9        IT IS SO STIPULATED.

10  DATED: July 2, 2025                      /s/
                                                JOHNNY E. JAMES JR.
11                                             Special Assistant United States Attorney

12
   DATED: July 2, 2025                      /s/
13                                             DAVID R. CALLAWAY
                                           Counsel for Defendant Aaditya Chand

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on May 19, 2025, by the parties in the written stipulation above, and for good cause shown, the Court finds that failing to exclude the time from July 7, 2025, through July 28, 2025, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv). Additionally, the parties report to the Court that they have requested Pretrial Services conduct an assessment of this matter, that Pretrial Services will need time to complete that assessment, and that the parties will need time to confer and review that assessment.  The Court further finds that the ends of justice served by excluding the time from July 7, 2025, to July 28, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 7, 2025, through July 28, 2025, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

EDWARD J. DAVILA
United States District Judge