David R. Callaway (SBN 121782)
GLENN AGRE BERGMAN & FUENTES LLP
580 California Street, Suite 1420
San Francisco, CA 94104
Telephone: (415) 559-0884
Email: dcallaway@glennagre.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>AADITYA CHAND,<br><br>            Defendant. | Case No.: 5:24-CR-00491-EJD<br><br>**STIPULATION TO DISMISSAL; ORDER [PROPOSED]**<br><br>Date: November 3, 2025<br>Time: 2:00 p.m.<br><br>Before The Honorable Edward J. Davila |

WHEREAS, the defendant Aaditya Chand was charged by indictment on September 4, 2024, with two counts of violation of Title 18, United States Code, Section 875(c); and

WHEREAS, on August 6, 2025, the parties entered into an Agreement for Pretrial Diversion, for a period of 90 days, that included certain requirements, including that the defendant perform 120 hours of community service, complete an Anger Management course, and continue to receive mental health counseling and therapy; and

WHEREAS, the parties agree, and the Office of United States Pretrial Services concurs, that Mr. Chand has successfully completed the requirements of his pretrial diversion, with documentary proof provided to the undersigned counsel for the government and Pretrial Services Officer Yaneyla Arevalo Arellano sufficient to verify the same, and Officer Arevalo Arellano having confirmed as

much in a report delivered to the Court on Tuesday, October 21, 2025, in which Pretrial Services recommends that Mr. Chand's pretrial diversion be deemed successfully completed.

IT IS THEREFORE AGREED AND STIPULATED AS FOLLOWS:

(1) The captioned case should be dismissed, with an effective date of November 3, 2025, based on the defendant having successfully completed the terms of his pretrial diversion;

(2) The currently scheduled date for the parties to appear, November 3, 2025, should be vacated.

IT IS SO STIPULATED.

DATED: October 22, 2025.   GLENN AGRE BERGMAN & FUENTES LLP

By: */s/ David R. Callaway*
David R. Callaway
Attorney for Defendant

DATED: October 22, 2025.   By: */s/ Kevin J. Barry*
Kevin J. Barry
Assistant United States Attorney

## **ORDER** [proposed]

Based upon the stipulation and joint request of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the charges in the captioned Indictment are DISMISSED, with an effective date of November 3, 2025. The next hearing scheduled in this matter is therefore VACATED.

**IT IS SO ORDERED.**

DATED: October 22, 2025

HON. EDWARD J. DAVILA
United States District Judge